### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CRIMINAL ACTION 05-00139-CG |
| KIMBERLY ANN KNIGHT ) | |
| **Defendant.** ) | |

### ORDER

This matter is before the court on the joint motion to continue trial. (Doc. 20). Defendant sets forth that she has been referred to the Pretrial Diversion Program but must first meet certain requirements before acceptance and that she needs additional time to do so. Defendant also sets forth that the Government concurs in the motion to continue. Defendant filed a written waiver of speedy trial rights contemporaneously with the motion to continue. (Doc. 19).

Under these circumstances, and for the reasons set forth in the joint motion, the court finds that the ends of justice served by continuing this action outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Therefore, for purposes of the Speedy Trial Act, any delay resulting from this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

Accordingly, the motion to continue trial is **GRANTED** and this action is continued to the **September 2005** criminal term. The pretrial conference is **cancelled** at this time. The parties are **ORDERED** to immediately notify the court upon defendant's acceptance into the Program. In the event that she is not accepted, the pretrial conference shall be rescheduled.

**DONE** this the 9th day of June, 2005.

                                                 s / Kristi D. Lee
                                                 **KRISTI  D.  LEE**
                                                 **UNITED STATES MAGISTRATE JUDGE**